AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

## for the

_U.S. DISTRICT COURT_
_FILED_
_MAR 2 1 2017_
_S.D. OF N.Y._

United States
_____
Plaintiff

Arash Kefatchi
_____
Defendant

)
)
)
)
)

Case No. 17 Mag 1927

## APPEARANCE OF COUNSEL

DOC #_____

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Arash Kefatchi

Date: 3/20/17

_____
Attorney's signature

James Froccaro Jr.
_____
Printed name and bar number
( JRF-5461 )

20 Vanderventer Avenue
_____
Address

JRF ESQ61 at aol.com
_____
E-mail address

516-944-5062
_____
Telephone number

516.944-5066
_____
FAX number