```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,                :        17-Cr-243 (SHS)

    -against-                                            :

                                                      ORDER

ARASH KETABCHI, *ET AL.*,                  :

              Defendants.              :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

        In an Order dated November 29, 2018 [Doc. # 356] – approximately 3-1/2 months ago – the Court set March 27, 2019, as the date for the sentencing of the following defendants at the following times:

| Defendant | Time |
|---|---|
| Shahram Ketabchi | 9:30 a.m. |
| William Sinclair | 10:00 a.m. |
| Michael Finocchiaro | 10:30 a.m. |
| Joseph McGowan | 11:00 a.m. |
| Christopher Wilson | 11:30 a.m. |
| Jack Kavner | 12:00 p.m. |
| Daniel Quirk | 2:00 p.m. |
| Peter Diquarto | 2:30 p.m |
| Raymond Quiles | 3:00 p.m. |
| Brooke Marcus | 3:30 p.m. |
| Arash Ketabchi | 4:00 p.m. |
| Andrew Owimrin | 4:30 p.m |

        That Order also directed that defense sentencing submissions were due by March 6 (*i.e.,* three weeks before the sentencing date) and that the government's sentencing submissions were due March 13. As of today, only one defendant has filed his sentencing submission.

        IT IS HEREBY ORDERED that:

        1.    Defense submissions shall be filed by Tuesday, March 12, at the latest, along with an explanation as to why the March 6 deadline for defense submissions was ignored by respective counsel; and

2. The government shall submit a letter setting forth its view of the relative culpability of each defendant on or before March 13, 2019, and its responses to the defense submissions on or before March 20, 2019.

Dated: New York, New York
       March 7, 2019

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.