EXHIBIT A

# 2014-Late 2015



# Late 2015-Early 2016



# Late 2016-Early 2017

## A1 Business Consultants/Elenchus/Harbinger



## CTO Consulting



## Olive Branch



## Vanguard/Carlyle

