UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
          :
UNITED STATES OF AMERICA    :
          :
    -v.-          :    **ORDER EXONERATING BAIL**
          :
ARASH KETABCHI,          :
          :    17 Cr. 243 (SHS)
    Defendant.      :
          :
------------------------------------ X

        WHEREAS, on or about March 21, 2017, the Defendant was arrested in this matter and bail was set by the Court;

        WHEREAS, on or about April 6, 2017, the Defendant executed a mortgage to 74 Maplewood Avenue, Wayne, New Jersey 07470, in favor of the Government in the amount of $100,000 in order to secure the Defendant's bail;

        WHEREAS, on or about April 8, 2019, the Defendant was sentenced;

        WHEREAS, all proceedings for the Defendant relating to the above-captioned Indictment have been terminated and the bail should be exonerated; and

        WHEREAS, upon the Government's motion, it is hereby;

        ORDERED that the bail is exonerated and the County Clerk shall enter the Satisfaction of Judgment.

SO ORDERED.

Dated: New York, New York
      August 17, 2022

                                            HONORABLE SIDNEY H. STEIN
                                            UNITED STATES DISTRICT JUDGE